1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724
       Email: James.C.Mann@usdoj.gov
8

9  Attorneys for the United States

10



FILED
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                     OAKLAND DIVISION

UNITED STATES OF AMERICA,          )   CRIMINAL NO. 08-70054 WDB
                                   )
       Plaintiff,                  )
                                   )   NOTICE OF PROCEEDINGS ON
       v.                          )   OUT-OF-DISTRICT CRIMINAL
                                   )   CHARGES PURSUANT TO RULES
BETTY COREA-OLIVARES,              )   5(c)(2) AND (3) OF THE FEDERAL
                                   )   RULES OF CRIMINAL PROCEDURE
       Defendant.                  )
_____)

       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about February 3, 2007, the above-named defendant was arrested based upon an arrest warrant (attached) issued in case number CR-07-1092 PHX SMM (MHB) in the District of Arizona upon an Indictment (attached).

       In that Indictment, the defendant is charged with two counts. In Count 1, the defendant is charged with conspiring with Crystal Herndon to knowingly make false statements in connection with the acquisition of firearms in violation of Title 18, United States Code, Sections 371 and 924(a)(1)(A). In Count 2, the defendant is charged with possessing a firearm with an obliterated serial number in violation of Title 18, United

States Code, Sections 922(k) and 924(a)(1)(B).  Finally, the defendant is named in a forfeiture allegation seeking the forfeiture of the guns recovered from the defendant or her residences pursuant to Title 18, United States Code, Sections 924(d), 2461, and 5872.

Maximum Penalties:

Count 1:  18 U.S.C. §§ 924(a)(1)(A) and 371 – 5 years of imprisonment; $250,000 fine; 3 years of supervised release; $100 special assessment.

Count 2:  18 U.S.C. §§ 922(k) and 924(a)(1)(B) – 5 years of imprisonment; $250,000 fine; 3 years of supervised release; $100 special assessment.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: February 4, 2008

JAMES C. MANN
Assistant U.S. Attorney

AO 442 (Rev.5/85-AZ) Warrant for Arrest

# United States District Court
### District of Arizona

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA

v.

Betty Corea-Olivares

CASE NUMBER: CR-07-1092-PHX-SMM

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __Betty Corea-Olivares__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [X] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Consp. To Make False Statements in Connection with the Acquisition of Firearms

in violation of Title __18__ United States Code, Section(s) __924(a)(a)(A) and 371__

MICHELLE H. BURNS
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

November 2, 2007; PHOENIX, ARIZONA
Date and Location

Bail fixed at $ _____    By _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 11/29/07 | Tehran Palmer, Special Agent ATF | *(signature)* |
| Date of Arrest 02/04/07 | | |

TOTAL P.02

```
    FILED        LODGED
    RECEIVED     COPY

    OCT 0 9 2007

    CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR - 07-1092 PHX SMM (MEA) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 924(a)(1)(A) & 371 (Conspiracy to Make False Statements in Connection With the Acquisition of Firearms) Count 1 |
| Betty Corea-Olivares | |
| Defendant. | 18 U.S.C. §§ 922(k) & 924(a)(1)(B) (Possession of a Firearm With an Obliterated Serial Number) Count 2 |
| | 18 U.S.C. § 924(d) & 28 U.S.C. § 2461 & 5872 (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT 1

THE CONSPIRACY

From on or about June 22, 2006, and continuing until on or about February 13, 2007, in the District of Arizona, the defendant, BETTY COREA-OLIVAREZ, together and with Crystal Herndon and others unknown to the grand jury, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States as follows: Crystal Herndon did knowingly make false statements and representations with respect to the information required by Title 18, United States

Code, Chapter 44, to be kept in the records of federally licensed firearms dealers that is, Crystal Herndon represented that she was the ..."actual buyer of the firearm"..., when, in truth and in fact, Crystal Herndon well knew, she was buying the firearm for defendant BETTY COREA-OLIVAREZ.

In violation of Title 18, United States Code, Sections 924(a)(I)(A) and 371.

## OVERT ACTS

1. Between June 2006 and February 2007, Herndon bought guns for BETTY COREA-OLIVARES. Each time Herndon bought guns she filled out the required form 4473 and indicated that she was the actual purchaser of the guns, when in truth and in fact she was buying the guns for BETTY COREA-OLIVARES.

    A. On June 22, 2006, Herndon bought 2 (two) Jimenez arms model JA Nine, 9 mm pistols from EZ Pick N Pawn.

    B. On August 10, 2006, Herndon bought 1 (one) Cobray, model M-11 9 mm pistol from EZ Pick N Pawn.

    C. On August 29, 2006, Herndon bought 1 (one) Hi Point model C-9 9 mm pistol and 1 (one) Haskell, model JHP45 .45 caliber pistol from Cash in a Flash.

    D. On August 31, 2006, Herndon bought 1 (one) Hi Point model C-9 9 mm pistol and 1 (one) Haskell model JHP45 .45 caliber pistol from Cash in a Flash.

    E. On September 1, 2006, Herndon bought 1 (one) Taurus model PT24/40 .45 caliber pistol and 1 (one) Taurus model PT140 .40 caliber pistol from EZ Pick N Pawn.

2. On February 13, 2007, Herndon bought 4 (four) Hi Point pistols, 2 (two) Model CF380 .380 caliber pistols and 2 (two) JCP 40 caliber pistols. They were purchased from Cash in a Flash Pawn and Arizona Firearms, Collectibles & Pawn.

2

## COUNT 2

On or about the February 21, 2007, in the District of Arizona, the defendant, BETTY COREA-OLIVAREZ, knowingly possessed a firearm, a Hi-Point pistol, model C9 9mm, from which the manufacturer's serial number had been obliterated,

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## FORFEITURE ALLEGATION

As a result of committing the offense alleged in Counts 1 and 2 of this Indictment, defendant, BETTY COREA-OLIVAREZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), the guns recovered from the defendant or her residences.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Sections 2461 and 5872.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 9, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

/s/
PAUL V. ROOD
Assistant U.S. Attorney

3

TOTAL P.04