| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 13 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 2/22/08 10:40:29-10:53:52 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>2/22/08 | NEW CASE ☐ | CASE NUMBER<br>4-08-70054-WDB |

### APPEARANCES

| DEFENDANT<br>BETTY COREA-OLIVARES | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>James Mann | | INTERPRETER<br>Int. not needed by the deft. | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS  7 Mins<br>RE: RULE 20 HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>6 Mins HELD | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED**
**FEB 2 2 2008**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED/FILED 2/8/08<br>APPEARANCE BOND<br>MODIFIED | AMT OF SECURITY<br>$ 250,000 PR<br>Unsecured | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>3/13/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET RE: RULE 20 |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 3/13/08 FOR EFFECTIVE PREP. OF COUNSEL & RULE 20 TRANSFER NEGOTIATION | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

As to the deft's expired passports that were surrendered last 2/15/08 to Pret. Svcs. under the name "Renee Teresa Corea", the deft. admitted that both of those passports were issued to hear. She said that at the last hrg. on 2/8/08, those passports were not in her possession & they were found by her mother. The Court ordered that the deft. must not apply for any passports or travel docs. without prior permission from the Court. The deft's request to reside & live with her husband, children and father instead of residing with her mother - request GRANTED. The deft's father was added as custodian & surety on deft's Bond. The deft's atty. received the discovery from the prosecutor assigned to the deft's case in the District of Arizona. The deft's atty. needs to review the discovery with the deft. and would like to discuss/negotiate for the Rule 20 transfer with both the prosecutors in both districts.

DOCUMENT NUMBER:

cc: WDB's Stats, Financial, Pretrial