1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant BETTY COREA OLIVARES
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. 4-08-70054 WDB
                                     )
12            Plaintiff,             )   STIPULATION AND ORDER
                                     )   MODIFYING CONDITIONS OF
13 vs.                               )   PRETRIAL RELEASE
                                     )
14 BETTY COREA OLIVARES,             )
                                     )
15            Defendant.             )
   _____)
16

17       Betty Corea Olivares resides in Pittsburg, California. She is fully compliant with the

18 terms of her release, one of which restricts her travel to the Northern District of California. Ms.

19 Olivares wishes to travel to Reno, Nevada, on Sunday, March 2, 2008, with her family to attend

20 her brother's wedding. She anticipates leaving early that morning and returning that evening.

21 She also wishes to expand her travel to include the Eastern District of California for work-related

22 purposes. Specifically, she wishes to obtain a Department of Real Estate certification related to

23 loan financing – a field in which she presently is employed – and to consult with loan clients

24 who live in the Eastern District.

25       For these reasons, IT IS STIPULATED AND AGREED that Ms. Corea Olivares's travel

26 restriction be enlarged to include the Eastern District of California. IT IS FURTHER AGREED

STIP/ORD                              1

1    that Ms. Corea Olivares be permitted to travel to Reno, Nevada for purposes of her brother's
2    wedding on March 2, 2008. She shall continue to abide by all existing conditions of her release,
3    and such other conditions as Pretrial Services deems appropriate.

5    Dated: February 28, 2008

     /S/
     _____
     JAMES C. MANN
     Assistant United States Attorney

8    Date: February 27, 2008

     /S/
     _____
     JEROME E. MATTHEWS
     Assistant Federal Public Defender

11   Dated: February 28, 2008

     /S/
     _____
     HENCE WILLIAMS
     U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

16       Good cause appearing therefor, IT IS ORDERED that the conditions of BETTY COREA
17   OLIVARES's pretrial release are modified to permit her to attend her brother's wedding in
18   Reno, Nevada on March 2, 2008, and to travel within the Eastern District of California, as set
19   forth in the foregoing stipulation. Ms. Corea Olivares shall continue to abide by the existing
20   conditions of her release, and by such other conditions as Pretrial Services deems appropriate.

22   Dated: February 29, 2008

     _____
     WAYNE D. BRAZIL
     United States Magistrate Judge

STIP/ORD                                      2