AO 94 (Rev. 8/97) Commitment to Another District

Case 4:08-mj-70054-WDB   Document 11   Filed 04/07/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**FILED APR 7 – 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
BETTY COREA-OLIVARES

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70054-WDB | CR-07-1092-PHX-SMM | 4-08-70054-WDB | CR-07-1092-PHX-SMM |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of Title 18 U.S.C. § 924(a)(1)(A) & 371, 922(k) & 924(a)(1)(B), 924(d)
and Title 28 U.S.C. Sec. 2461 & 5872

**DISTRICT OF OFFENSE**
U.S. District Court, District of Arizona, Phoenix

**DESCRIPTION OF CHARGES:**

- Conspiracy to Make False Statements in Connection With the Acquisition of Firearms (Count 1)
- Possession of a Firearm With an Obliterated Serial Number (Count 2)
- Forfeiture Allegation

**CURRENT BOND STATUS:**

☒ Bail Fixed at $250,000 Personal Recognizance (PR) Bond
Bond shall be transferred to the District of Offense.

☒ Other (specify) On Feb. 8, 2008, the defendant admitted her identity and waived her Identity/Removal Hearing in the District of Arrest.

**Representation:**  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language:

### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

IT IS HEREBY ORDERED THAT the defendant must report to the U.S. District Court, District of Arizona, Phoenix before Magistrate Judge Michelle H. Burns on **Wednesday, April 23, 2008 at 10:45 a.m.**, and when summoned by that District, and to abide by further orders of that Court.

4-7-08
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

*[Handwritten margin note: My OC: w/OC's Stat copy to parties via ECF Pretrial, Financial, & certified copies to Marshal]*