UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk



General Counsel
510.637.3530

April 8, 2008

Office of the Clerk
U.S. District Court, District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste 130, SPC 1
Phoenix, AZ 85003-2118

| | |
|---|---|
| Case Name: | US-v-Betty Corea-Olivares |
| Case Number: | 4-08-70054-WDB    District of Arizona #CR-07-1092-PHX-SMM |
| Charges: | 18:924(a)(1)(A) & 371, 18:922(k) & 924(a)(1)(B), 18:924(d), 28: 2461, 28:5872 |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil . The following action has been taken:

()  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)  The defendant has a court appearance in your court on: 4/23/08 @ 10:45AM

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*
Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: 4/11/08

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk